| | | | | |
|---|---|---|---|---|
| Green v. State | 20A03–1702–CR–374 | 07/20/2017 | BAKER, J.<br>BAILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Petre v. Petre | 17A03–1612–DR–2719 | 07/20/2017 | BAKER, J.<br>BARNES, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Chupp v. Knight | 48A04–1610–MI–2381 | 07/20/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Celio v. State | 30A05–1609–CR–2124 | 07/20/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Lambert v. Koenig Equipment, Inc. | 35A05–1612–PL–2775 | 07/20/2017 | FRIEDLANDER, Sr.J.<br>RILEY, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Brown v. State | 49A04–1610–CR–2416 | 07/20/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| P.W. v. State | 66A05–1702–JV–408 | 07/21/2017 | NAJAM, J.<br>RILEY, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| McAllister v. State | 41A04–1701–CR–46 | 07/21/2017 | BARTEAU, Sr.J.<br>BAILEY, J.<br>ROBB, J. | Dismissed<br>Concurs<br>Concurs |
| Premore v. State | 20A05–1609–CR–2250 | 07/21/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs in result with opinion |
| Elliott v. State | 71A04–1701–CR–95 | 07/21/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Banks v. State | 02A05–1701–CR–55 | 07/21/2017 | MAY, J.<br>BROWN, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| L.J. v. J.J. | 64A03–1608–AD–1886 | 07/24/2017 | BRADFORD, J. | We grant Birth Mother's petition for rehearing in |